UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA    )
           )
     vs.          )     No.  3:10-CR-80(01) RM
           )
AMADOR AVELINO        )

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on September 24, 2010 [Doc. No. 23]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Amador Avelino's plea of guilty, and FINDS the defendant guilty of Count 1 of the Superseding Indictment, in violation of 8 U.S.C. §§ 1326(a)(2) and (b)(2).

SO ORDERED.

ENTERED:   October 15, 2010

       /s/ Robert L. Miller, Jr.
       Judge
       United States District Court